**Opinion issued July 5, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00172-CV

———————————

## TONYA CREDIT, Appellant

## V.

## ATASCOSITA PINES APARTMENTS, Appellee

On Appeal from County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1002770

## MEMORANDUM OPINION

This is an attempted appeal from judgment of forcible detainer ordering the eviction of appellant, Tonya Credit, from the premises of appellee, Atascosita Pines Apartments.  Appellee has filed a motion to dismiss the appeal as untimely filed.

Generally, a notice of appeal is due within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1(a)(1). The deadline to file a notice of appeal is extended to 90 days after the date the judgment is signed if any party timely files a motion for new trial, motion to modify the judgment, motion to reinstate, or, under certain circumstances, a request for findings of fact and conclusions of law. *Id.* To be considered timely, a motion for new trial must be filed within 30 days after the judgment is signed. TEX. R. CIV. P. 329b(a).

Here, the trial court signed the final judgment on December 1, 2011. The record shows that appellant filed a "Notice of Hearing" on a motion for new trial. The record does not reflect that a motion for new trial was filed or that a hearing was held.

Because a motion for new trial was not filed, appellant's notice of appeal remained due by December 31, 2011. Appellant did not file her notice of appeal until February 13, 2012. Because appellant's notice of appeal was untimely filed, this Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1.

On March 28, 2012, appellee filed a motion to dismiss the appeal for want of jurisdiction on the basis that appellant's notice of appeal was untimely because appellant failed to file a motion for new trial. Appellant did not respond.

Accordingly, we grant the motion and dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Brown.